FILED
FEB 26 2013
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX PICHARDO,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 12-4430 SVW(JC)<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Mandamus ("Petition"), which it has construed to be a Petition for Writ of Habeas Corpus, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that the Petition and this action are dismissed without prejudice because the Petition is wholly unexhausted.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/26/13

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE