FEB 26 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX PICHARDO,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 12-4430 SVW(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for a Writ of Mandamus, which the Court has construed to be a Petition for a Writ of Habeas Corpus, and this action are dismissed without prejudice.

DATED: 2/26/13

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE